# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-03102-01-CR-S-RK |
| ) | |
| ANTHONY G. DOZIER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court are Defendant's *pro se* motions filed without the assistance of his attorney requesting the Court to strike or revisit all his prior pro se filings and excuse his appearance at court proceedings. (Docs. 229 and 230). On September 29, 2016, the Court entered a Scheduling and Trial Order, specifically instructing that pro se filings will not be accepted by defendants who are represented by counsel. (Doc. 15, § VI). Because the Court has appointed counsel in this matter, the filing of a motion *pro se* is improper. *See United States v. Hunter,* 770 F.3d 740, 746 (8th Cir. 2014). Therefore, the motion is **DENIED without prejudice**. Any request of the Court must be raised by and through Defendant's attorney.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE:   July 10, 2019