IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:16-CR-03102-RK |
| | ) | |
| ANTHONY G. DOZIER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the Report and Recommendation (Doc. 259) prepared by Magistrate Judge David P. Rush on July 29, 2020. Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*.

Accordingly, the Court adopts Judge Rush's recommendation and concludes that there is not a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward.

Additionally, because Defendant's mental condition has not so improved as to permit the proceedings to go forward, Defendant is to be evaluated for dangerousness under the provisions of Section 4246. The Report and Recommendation (Doc. 259) shall be attached to and made a part of this Order.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 8, 2020